ACCEPTED
08-16-00001-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
1/15/2022 7:11 PM
ELIZABETH G. FLORES
CLERK

08-16-00001-CR

No. 08-16-00001-CR

**IN THE**
**COURT OF APPEALS**
**EIGHTH DISTRICT OF TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/18/2022 8:34:00 AM
ELIZABETH G. FLORES
Clerk

**ALBERTO MONTELONGO**                                        **APPELLANT**

**V.**

**THE STATE OF TEXAS**                                             **APPELLEE**

---

**APPELLANT'S SECOND MOTION**
**FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

**TO THE COURT OF APPEALS, EIGHTH DISTRICT OF TEXAS:**

COMES NOW, **Alberto Montelongo** ("Appellant") in the above-styled and -numbered cause, pursuant to Rule 10.5(b) and Rule 38.6(d) of the Texas Rules of Appellate Procedure, and requests an extension of time in which to file the Appellant's brief, and would show the Court as follows:

1. Appellant was convicted of attempted capital murder (of multiple persons) and continuous family violence (two assaults within 12 months) in the 243rd Judicial District Court of El Paso County, Texas, in a case styled, *The State of Texas v. Alberto Montelongo*, cause number 20150D02224.

2. Appellant's brief is currently due to be filed on January 14, 2022.

3. This extension is requested for 30 days until February 13, 2022.

-1-

4. One motion for extension of time to file Appellant's brief has been previously requested by Appellant and granted by this Court.

5. The undersigned attorney has been unable to complete Appellant's brief in a timely manner during the briefing period and requests this extension due to the following factors:

(a) On November 18, 2021, the undersigned attorney was hired to represent Appellant as co-counsel, specifically, to prepare and file Appellant's brief;

(b) In addition to winding down her own independent probate practice under Raquel López Law Firm, PC, the undersigned attorney, as the lead associate of the El Paso offices of Gluth Law, LLC, is responsible for the daily running and management of the probate practice of Gluth Law, LLC, including:

1. being primarily responsible for the daily coordination of all administrative and management tasks;

2. meeting with multiple current and prospective clients on an almost daily basis;

3. advising clients on a multitude of legal probate, guardianship, mental-health-commitment, tax-planning, and asset-protection matters; helping to develop comprehensive tax-planning and estate-planning strategies; presenting such comprehensive plans to clients; and drafting explanatory letters and various legal and estate-planning documents necessary to effectuate clients' overall estate-planning goals;

4. investigating guardianship issues in contested and uncontested cases where the undersigned is appointed as attorney ad litem, to include visiting proposed wards in residential, nursing, or foster homes; meeting and/or consulting with court visitors, investigators, social workers, case managers, and medical staff; requesting and reviewing all medical, APS, and/or law-enforcement reports pertinent to the condition of the proposed ward; and filing pleadings accordingly;

5. appearing in probate courts as applicant's attorney or attorney ad-litem on various matters, including probate and guardianship proceedings;

6. preparing, drafting, and filing the necessary pleadings in all probate and guardianship proceedings in which the undersigned attorney represents one of the parties or the proposed ward;

7. preparing client and witness testimony on an ongoing basis for probate and guardianship proceedings;

8. preparing and filing all necessary statutorily required filings under the Texas Estates Code for the proper administration of decedents' and incapacitated individuals' estates, including the review, investigation, and contest of creditors' claims;

(c) During the briefing period, in addition to working on numerous matters that have not yet been filed, the undersigned is and/or has been counsel of record in the following pending matters;

*In the Matter of the Guardianship of the (Adult) Person of Armando Estala, an Alleged Incapacitated Person*, Cause No. 2021-CGD00043;

*In the Matter of the Guardianship of the (Adult) Person of Guadalupe M. Martinez, an Alleged Incapacitated Person* Cause No. 2021-CGD00074;

*In the Matter of the Guardianship of the (Adult) Person and Estate of Elora B. Brotherton, An Incapacitated Person*, Cause No. 2021-CGD00090;

*In the Matter of the Estate of Marvin A. Brotherton, Deceased*, Cause No. 2021-CPR00926;

*In the Matter of the Estate of Gilberto Millot, Deceased*, Cause No. 2021-CPR01272;

*In the Matter of the Guardianship of the (Adult) Person of Janelle Tiffany Szostek, an Alleged Incapacitated Person*, Cause No. 2021-CGD00168;

*In the Matter of the Guardianship of the (Adult) Person and Estate of Guadalupe Gaytan Gaucin, An Incapacitated Person*, Cause No. 2021-CGD00093;

*In the Matter of the Estate of Andronico V. Lujan*, *Deceased*, Cause No. 2021-CPR01449;

*In the Matter of the Estate of Yolanda A. Erives*, *Deceased*, Cause No. 2021-CPR01634;

*In the Matter of the Estate of Georgette Abraham*, *Deceased*, Cause No. 2021-CPR2014;

*In the Matter of the Estate of Lawrence Angus*, *Deceased*, Cause No. 2021-CPR2050;

*In the Matter of the Estate of Hubert Pirtle*, *Deceased*, Cause No. 2021-CPR02058;

*In the Matter of the Estate of Raul Polendo*, *Deceased*, Cause No. 2021-CPR02161;

*In the Matter of the Guardianship of the (Adult) Person and Estate of Aaron Alfredo Avila*, *an Alleged Incapacitated Person*, Cause No. 2021-CGD00189;

*In the Matter of the Guardianship of the (Adult) Person of Sylvia Medina*, *an Incapacitated Person*, Cause No. 88-P93005;

*In the Matter of the Guardianship of the (Adult) Person of Maria Arias De Lara*, *an Incapacitated Person*, Cause No. 2018-CGD00119;

*In the Matter of the Estate of Jacqueline H. Eason*, *Deceased*, Cause No. 2022-CPR00028;

*In the Matter of the Estate of Celia Martinez*, *Deceased*, Cause No. 2022-CPR00053;

*In the Matter of the Estate of Maria Molinar*, *Deceased*, Cause No. 2022-CPR00077;

(d) The undersigned has conferred with the State, and the State does not oppose

Appellant's motion for extension of time to file Appellant's brief.

## **PRAYER**

WHEREFORE, Appellant prays that this extension request will be granted until February 13, 2022.

Respectfully submitted,

/s/ Raquel López
RAQUEL LOPEZ
4110 Rio Bravo, Ste. 220
El Paso, Texas 79902
(915) 444-8543
EMAIL raquellopezlaw@gmail.com
SBN 24092721

CO-COUNSEL FOR APPELLANT

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the above motion was sent by email via the e-file system on January 15, 2022, to Joe Aureliano Spencer, lead counsel of record for Alberto Montelongo, and Tom Darnold, Assistant District Attorney for the 34th Judicial District, by email via the e-file system on January 15, 2022, at joe@joespencerlaw.com; tdarnold@epcounty.com; DAappeals@epcounty.com.

/s/ Raquel López
RAQUEL LOPEZ

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raquel Lopez on behalf of Raquel Lopez
Bar No. 24092721
raquellopezlaw@gmail.com
Envelope ID: 60860663
Status as of 1/18/2022 7:38 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| District Attorney's Office | | DAappeals@epcounty.com | 1/15/2022 7:11:56 PM | SENT |

Associated Case Party: Alberto Montelongo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joe Aureliano Spencer | 18921800 | joe@joespencerlaw.com | 1/15/2022 7:11:56 PM | SENT |

Associated Case Party: 34th Judicial District Attorney

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tom A. Darnold | 787327 | tdarnold@epcounty.com | 1/15/2022 7:11:56 PM | SENT |